(No. 74-CC-213—Claimant )

EDGEWOOD CHILDRENS CENTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed March 8, 1974.*

EDGEWOOD CHILDRENS CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-238—Claimant )

STRUCTO DIVISION, KING-SEELEY THERMOS Co., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed March 8, 1974.*

STRUCTO DIVISION, KING-SEELEY THERMOS Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respodent.

PER CURIAM.